# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2188
LT Case No. 2009-CF-000690

_____

ALLEN MCDONALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Putnam County.
James R. Clayton, Judge.

Allen McDonald, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

October 10, 2023

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____